IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:04-CV-941-MEF |
| | )     WO |
| SGT. C. BUCHMANN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on February 15, 2007 (Doc. #28), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. The defendants' motion for summary judgment be granted.

2. Judgment be entered in favor of the defendants.

3. The costs of this proceeding be taxed against plaintiff.

4. This case be dismissed with prejudice.

Done this the 7th day of March, 2007.

                                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE